UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLAN PARMELEE,<br><br>               Petitioner,<br><br>   v.<br><br>ELDON VAIL,<br><br>               Respondent. | Case No. C09-5273 BHS/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Petitioner's application for leave to proceed *in forma pauperis* (Dkt. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED this 15th day of June, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1