AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALLAN PARMELEE

JUDGMENT IN A CIVIL CASE

v.

RON FRAKER

CASE NUMBER: C09-5273BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **OVERRULES** Petitioner's Objections (Dkt. 23);

The Court adopts the Report and Recommendation (Dkt. 21);

This action is **DISMISSED** because Petitioner's claims for relief are denied; and

A Certificate of Appealability is **DENIED**.

| February 12, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk